■ GEORGE DAVIDSON, Appellant, v. MONROE EXPRESS CO., INC., et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from a judgment entered upon a directed verdict dismissing the complaint after trial before the court and a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ ROBERT DAVIS, Respondent, v. LAWRENCE DAVIS et al., Appellants.— In an action for money had and received, the appeal is from an order denying appellants' motion to set aside the service of the summons and to strike out the complaint on the ground that appellants are not subject to the jurisdiction of the court. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.